**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1903**

———————————

CHARLES WILLIAM LEVY,

                    Plaintiff - Appellant,

     versus

COMMONWEALTH OF VIRGINIA STATE BOARD OF
ELECTIONS,

                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-02-283-A)

———————————

Submitted: October 24, 2002     Decided: October 30, 2002

———————————

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Charles William Levy, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles William Levy appeals the district court's order dismissing his civil action against the Virginia State Board of Elections. Our review of the record and the district court's opinion adopting the magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Levy v. State Bd. of Elections, No. CA-02-283-A (E.D. Va. filed Aug. 2, 2002 & entered Aug. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2